UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| VIVIAN SKELTON, and individual <br><br> Plaintiffs, <br> v. <br><br> ALLERGAN INC., ALLERGAN USA, INC., and DOES 1-100, inclusive <br><br> Defendant. | Case No. 2:18-cv-02617-JFW-JC |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to the provisions of Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), it is hereby stipulated this 2nd day of May, 2018, by and between the undersigned parties, that all claims in the above-captioned action are dismissed without prejudice, provided that the action, if refiled, is filed within sixty (60) days.  Each party will bear its own costs and fees.

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| /s/ Jennifer A. Lenze <br> JENNIFER A. LENZE <br> (CA Bar No. 246858) <br> **Lenze Lawyers, PLC** <br> 1300 Highland Avenue, Ste. 207 <br> Manhattan Beach, CA 90266 <br> Tel: (310) 322-8800 <br> jlenze@lenzelawyers.com | /s/ Kevin Roosevelt (with permission) <br> T. KEVIN ROOSEVELT <br> (CA Bar No. 205485) <br> *kroosevelt@ftrlfirm.com* <br> LINDSAY A. ARAGON <br> (CA Bar No. 254537) <br> *laragon@ftrlfirm.com* <br> **FINLAYSON TOFFER ROOSEVELT&LILLY LLP** <br> 15615 Alton Parkway, Suite 250 <br> Irvine, CA 92618 <br> Tel: (949) 759-3810 |

## CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

                                             /s/ Jennifer A. Lenze
                                             JENNIFER A. LENZE

Dated: May 2, 2018